THOMAS L. STURGEON, Administrator of the Estate of WILLIAM CHAMBERS, dec'd, Appellant, *v.* ORLEANA C. SCHAUMBURG *et als.*, Respondents.

*Appeal from St. Louis Circuit Court.*

*Hill & Jewett,* for appellant.

*Glover & Shepley,* for respondents.

HOLMES, Judge, delivered the opinion of the court.

This case is, in all material respects, similar to that of Chambers' Adm'r v. Wright's Heirs, decided at this term, and for the same reasons given in the opinion in that case the judgment will be affirmed. The other judges concur.